# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Fe S. Garrett

SECRET unsealed
4308 wp

WARRANT FOR ARREST

CASE NUMBER:   08cr918-001-L

To:   The United States Marshal
and any Authorized United States Officer

**NOT FOR PUBLIC VIEW**

YOU ARE HEREBY COMMANDED to arrest _____Fe S. Garrett_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

26:7206(2) - Aiding and Assisting the Filing of False Income Tax Returns;
26:7206(1) - Filing of False Income Tax Returns;
26:703 - Willful Failure to Pay Tax (Misdemeanor)

2008 MAR 28 A 11: 21   RECEIVED

In violation of Title ____See Above____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                         Clerk of the Court
Name of Issuing Officer                        Title of Issuing Officer

V. TRUJILLO  (SEAL)                            March 27, 2008   San Diego, CA
Signature of Deputy                            Date and Location

Bail fixed at $ _____  by   The Honorable William McCurine, Jr.
                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

