1 | **ERICA K. ZUNKEL**
California State Bar No. 229285
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erica_zunkel@fd.org

5 | Attorneys for Fe S. Garrett

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:       April 3, 2008                /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Fe S. Garrett