## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   FE S. GARRETT   [1]   08CR0918-L

The Honorable:   ANTHONY J. BATTAGLIA

Atty   JENNIFER COON, FD   for   [1]   - PDA
Atty   _____   for   []   -
Atty   _____   for   []   -

AJB08-1: 1057-1110

DOA: 03/28/08
F/A: 04/01/08

AUSA: STACEY SULLIVAN
FEDERAL DEFENDERS, INC. - APPOINTED

GOVERNMENT ORAL MOTION TO UNSEAL INDICTMENT - GRANTED.

DFT ARRAIGNED ON INDICTMENT AND PLEAD NOT GUILTY

STATUS HEARING RE CNSL AND FINANCIAL AFFIDAVIT SET FOR 04/10/08 @ 1:30 P.M. BEFORE MAGISTRATE JUDGE BATTAGLIA.

MOTION HEARING/TRIAL SETTING SET FOR 05/05/08 @ 2:00 P.M. BEFORE JUDGE LORENZ.

GOVERNMENTS ORAL MOTION FOR DETENTION AS TO RISK OF FLIGHT.

DETENTION HEARING SET FOR 04/04/08 @ 3:00 P.M. BEFORE MAGISTRATE JUDGE BATTAGLIA.

Date:   04/01/08   by   YMM

END OF FORM