| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CHARLES A. O'REILLY |
| | California State Bar No. 160980 |
| 3 | CHRISTOPHER S. STRAUSS |
| | Special Assistant U.S. Attorneys |
| 4 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-7845/(619) 557-7055 (Fax) |
| 6 | Email: Charles.A.O'Reilly@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR0918-L |
| Plaintiff, | |
| | NOTICE OF APPEARANCE |
| v. | |
| FE S. GARRETT, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

SAUSA Charles A. O'Reilly        Charles.A.O'Reilly@usdoj.gov

SAUSA Christopher S. Strauss     Christopher.S.Strauss@usdoj.gov

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |
| 5 | <u>Name</u> (If none, enter "None" below) |
| 6 | AUSA Stacey Sullivan                    Stacey.Sullivan@usdoj.gov |
| 7 | |
| 8 | Please call me if you have any questions about this notice. |
| 9 | DATED: April 8, 2008 |

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        s/ Charles A. O'Reilly
                                        _____
                                        CHARLES A. O'REILLY
                                        Special Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: Charles.A.O'Reilly@usdoj.gov