| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CHRISTOPHER S. STRAUSS |
| | Special Assistant U.S. Attorneys |
| 3 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (202) 514-5183 |
| 5 | Fax:  (619) 557-7055 |
| | Email: Christopher.S.Strauss@usdoj.gov |
| 6 | |
| 7 | Attorney for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR0918-L |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| FE S. GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

SAUSA Christopher S. Strauss          Christopher.S.Strauss@usdoj.gov

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED: April 8, 2008

                                       Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney

                                       /s/ Christopher S. Strauss
                                       _____
                                       Christopher S. Strauss
                                       Special Assistant United States Attorney
                                       Attorneys for Plaintiff
                                       United States of America
                                       Email: Christopher.S.Strauss@usdoj.gov