UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Christopher S. Strauss, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Motion for Order Allowing Limited Disclosure of Tax Return Information and for Protective Order on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Erica Kristine Zunkel                                   Erica_zunkel@fd.org
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008.


                                                /s/ Christopher S. Strauss
                                                CHRISTOPHER S. STRAUSS