1  KAREN P. HEWITT
   United States Attorney
2  CHARLES A. O'REILLY
   California State Bar No. 160980
3  CHRISTOPHER S. STRAUSS
   Special Assistant U.S. Attorneys
4  United States Attorney's Office
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (202)616-0115 /(202) 514-9623 (Fax)
6  Email: Charles.A.OReilly@usdoj.gov

7  Attorneys for Plaintiff
   United States of America
8

9

10

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13                                          )
                                             )
14  UNITED STATES OF AMERICA,                )   Criminal Case No.  08CR0918-L
                                             )
15                Plaintiff,                 )   GOVERNMENT'S *EX PARTE* MOTION
                                             )   FOR AUTHORIZATION TO DISCLOSE
16         v.                                )   GRAND JURY MATTER AND FOR A
                                             )   PROTECTIVE ORDER
17                                           )
    FE S. GARRETT                            )
18                Defendant.                 )
                                             )
19  _____)

20       The United States of America, by and through Karen P. Hewitt, United States Attorney,

21  and Charles A. O'Reilly and Christopher S. Strauss, Special Assistant United States Attorneys,

22  hereby moves the Court ex parte for (1) authorization to disclose grand jury matter to the defense

23  team in the above-captioned case, and (2) a protective order to safeguard such grand jury matter

24  from disclosure to persons outside of the defense team.  This motion is based upon the files and

25  records of this case and the argument set forth below.

26  //

27  //

28  //

As grounds for this motion, the government states as follows:

I

ARGUMENT

A.   DISCLOSURE OF GRAND JURY MATTER

As part of its statutory and Constitutional obligations to provide discovery in this case, the Government may be required to disclose to the defendant grand jury matter which the attorney for the Government is otherwise prohibited from disclosing under Rule 6(e) of the Federal Rules of Criminal Procedure. For purposes of this motion, "grand jury matter" refers to (1) transcripts of testimony before the grand jury, and (2) documents or objects marked as grand jury exhibits.

To the extent that the attorney for the Government intends to disclose grand jury matter, and to the extent that prior court authorization is needed to comply with both the Government's discovery obligations and with Rule 6(e), the Government hereby moves for authorization to disclose such grand jury matter, together with a protective order as described below. Nothing in this motion or in the court's authorization should be construed as enlarging the Government's discovery obligations or creating any right to material not otherwise discoverable, as determined by the Government or as directed by the court.

B.   PROTECTIVE ORDER

This court has the power to issue "protective and modifying orders" regulating discovery. Fed. R. Crim. P. 16(d)(1). Specifically, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief. Id. See Alderman v. United States, 394 U.S. 165, 185 (1969) ("the trial court can and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect").

Here, the disclosure of grand jury matter should be limited to only those individuals who are personally and directly involved in preparing the defense and trial of this criminal case and for no other purpose. Consequently, the Government moves for a protective order to safeguard the grand jury matter from disclosure to persons outside of each defense team. For purposes of this motion, the "defense team" refers to the defendant; the defendant's counsel of record, including

1  members, associates, paralegals and office staff of counsel of record's law firm; and investigators,
2  experts and consultants hired by counsel of record to assist in the defense of this criminal case.
3      The protective order should:
4      1.   Prohibit the members of the defense team from distributing, disseminating,
5  disclosing or exhibiting grand jury matter to any person who is not part of that defense team and
6  for any purpose other than preparing a defense of this case;
7      2.   Require each counsel of record to ensure that every member of the defense team is
8  advised of the protective order and has agreed to be bound by its terms;
9      3.   Require that if, in the course of preparing the defense in this case, counsel of record
10 or any member of the defense team needs to disclose grand jury matter to any person outside of the
11 defense team (such as to a third-party witness), counsel of record must obtain prior written
12 authorization from the court, with such authorization to require that any such person to whom
13 grand jury matter is disclosed agree to be bound by the terms of this protective order;
14     4.   Require that if disclosure of grand jury matter to a person outside the defense team
15 is authorized by the court, that the grand jury matter be only shown to, and not left with, such
16 person, and that the grand jury matter must remain in the custody and control of the defense team;
17 and
18     5.   Require that at the conclusion of the proceedings in this case, counsel of record
19 shall return to the Government, upon request, any grand jury matter disclosed.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## II
## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the court issue the attached order authorizing the attorney for the Government to disclose grand jury matter to the defendant or his counsel of record and prohibiting each defendant's defense team from disclosing such grand jury matter except as otherwise permitted in the order.

DATED: April 16, 2008

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        /s/ Charles A. O'Reilly
        Charles A. O'Reilly
        Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>FE S. GARRETT,<br><br>           Defendant. | Case No.  08CR0918-L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Charles A. O'Reilly, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S *EX PARTE* MOTION FOR AUTHORIZATION TO DISCLOSE GRAND JURY MATTER AND FOR A PROTECTIVE ORDER on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Erica Kristine Zunkel
    Federal Defenders of San Diego
    225 Broadway, Suite 900
    San Diego, CA 92101
    Erica_Zunkel@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 16, 2008

                                        /s/ Charles A. O'Reilly
                                        Charles A. O'Reilly
                                        Special Assistant United States Attorney