UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FE S. GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Christopher S. Strauss, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.

I have caused service of GOVERNMENT'S MOTION FOR HEARING REGARDING DEFENDANT'S PRO SE STATUS on defendant FE S. GARRETT, pro se, by sending a copy of the motion via Federal Express on June 12, 2008 to defendant at the following address:

The Geo Group  
Western Region Detention Facility  
220 West C Street  
San Diego, CA 92101

//

I have caused service of GOVERNMENT'S MOTION FOR HEARING REGARDING DEFENDANT'S PRO SE STATUS on defendant's standby counsel by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Erica Kristine Zunkel                                    Erica_zunkel@fd.org
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.


/s/ Christopher S. Strauss
CHRISTOPHER S. STRAUSS
Special Assistant United States Attorney