**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
e-mail: erica_zunkel@fd.org

Standby Counsel for Ms. Fe Garrett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FE GARRETT, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 08CR0918-L <br><br> ACKNOWLEDGMENT OF DEFENDANT AND ADVISORY COUNSEL REGARDING PROTECTIVE ORDER |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
CHRISTOPHER STRAUSS, ASSISTANT UNITED STATES ATTORNEY; AND
CHARLES O'REILLY, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, the defendant, Fe Garrett, by and through her advisory counsel, Erica K. Zunkel, and Federal Defenders of San Diego, Inc., and hereby files this Acknowledgment of the Court's Protective Order.

Respectfully Submitted,

DATED: 6/29/2008

_____
ERICA K. ZUNKEL
Federal Defenders of San Diego, Inc.
Standby Counsel for Ms. Garrett

```
 1 | ERICA K. ZUNKEL
   | California State Bar No. 229285
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California 92101-5030
   | Telephone: (619) 234-8467
 4 | e-mail: erica_zunkel@fd.org
 5 |
   | Standby Counsel for Ms. Fe Garrett
 6 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ACKNOWLEDGMENT OF PROTECTIVE ORDER |
| FE GARRETT, | ) |
| Defendant. | ) |

1. On April 15, 2008, this Court issued a protective order relating to tax return information disclosed to Erica K. Zunkel, Federal Defenders of San Diego, Inc., and Fe Garrett in the course of the discovery process.

2. I acknowledge the issuance of this protective order and agree to be bound by it.

Dated: 6/29/08

_____
FE GARRETT

Dated: 6/29/08

_____
ERICA K. ZUNKEL
Federal Defenders of San Diego, Inc.

```
 1  ERICA K. ZUNKEL
    California State Bar No. 229285
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: erica_zunkel@fd.org

 5  Attorneys for Fe S. Garrett

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE M. JAMES LORENZ)

11  UNITED STATES OF AMERICA,    )   Case No. 08CR0918-L
                                 )
12           Plaintiff,          )
                                 )
13  v.                           )   CERTIFICATE OF SERVICE
                                 )
14  FE S. GARRETT,               )
                                 )
15           Defendant.          )
    _____)
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                         Charles Anthony O'Reilly
        Charles.A.OReilly@usdoj.gov,efile.dkt.mf@usdoj.gov,Marian.Reece@usdoj.gov;
20
                           Christopher S. Strauss
21   Christopher.s.strauss@usdoj.gov,marian.reece@usdoj.gov,efile.dkt.mf@usdoj.gov; and

22                              Fe S. Garrett
                              Reg. No. 07990-298
23                           WRDF - GEO Group
                             220 West "C" Street
24                           San Diego, CA 92101

25                                        Respectfully submitted,

26

27  DATED:     June 30, 2008            /s/ Erica K. Zunkel
                                        ERICA K. ZUNKEL
28                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Fe S. Garrett
```