**EXHIBIT A**

## BANK ACCOUNT RECORD SUMMARIES
## PURSUANT TO FEDERAL RULES OF EVIDENCE, RULE 1006

| Bank<br>Account Number(s) Ending<br>Account Name(s) |
| --- |
| Bank of America<br>xxxx-682<br>(FE SIMBAJON GARRETT / GARRETT'S REALTY & MORTGAGE) |
| Bank of America<br>xxxx-955<br>(FE SIMBAJON GARRETT / GARRETT'S REALTY & MORTGAGE |
| Comerica Bank<br>xxxx-466<br>(FE S GARRETT DBA GARRETT'S REALTY & MORTGAGE) |
| North Island Federal Credit Union<br>xxxx-550<br>(G M GARRETT) |
| North Island Federal Credit Union<br>xxxx-500<br>(G M GARRETT) |
| North Island Federal Credit Union<br>xxxx-052<br>(GARRETT'S REALTY AND MORTGAGE) |
| Southwest Community Bank<br>xxxx-059<br>(FE S GARRETT DBA GARRETT'S REALTY & MORTGAGE) |
| Southwest Community Bank<br>xxxx-506<br>(FE S GARRETT) |

Exhibit A to Government's Notice of Intent to Introduce
Summaries of Voluminous Evidence Pursuant to
Federal Rule of Evidence 1006                                                                08CR0918-L

| **Bank**<br>**Account Number(s) Ending**<br>**Account Name(s)** |
| --- |
| Washington Mutual Bank<br>xxxx-79-0<br>(FE S GARRETT TRUSTEE FOR GREGORY GARRETT) |
| Washington Mutual Bank<br>xxxx-42-5<br>(GARRETT'S TAX & ACCTG. SERVICE / FE S GARRETT) |
| Washington Mutual Bank<br>xxxx-44-1<br>(GARRETT'S REALTY & MORTGAGE / FE S GARRETT) |
| Washington Mutual Bank<br>xxxx-93-4<br>(GREGORY GARRETT JR) |

Exhibit A to Government's Notice of Intent to Introduce
Summaries of Voluminous Evidence Pursuant to
Federal Rule of Evidence 1006                - 2 -                08CR0918-L