```
 1 | FE S. GARRETT
   | PRO SE
 2 | Reg. No. 07990-298
   | The Geo Group
 3 | 220 West C. Street
   | San Diego, CA 92101
 4 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF TWENTY-FIVE PAGES** |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

The above-named defendant, Fe S. Garrett, moves this Court for an order granting leave to file motions over twenty-five pages due to the complexity of the issues in this case, which include numerous challenges to the indictment, the grand jury instructions, and many others.

Respectfully submitted,

DATED:    August 10, 2008

_____
FE S. GARRETT
Pro Se

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Fe S. Garrett

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE M. JAMES LORENZ)**

11 UNITED STATES OF AMERICA,        )  Case No. 08CR0918-L
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )  **CERTIFICATE OF SERVICE**
                                    )
14 FE S. GARRETT,                    )
                                    )
15           Defendant.              )
   _____ )
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       Charles Anthony O'Reilly
        Charles.A.OReilly@usdoj.gov,efile.dkt.mf@usdoj.gov,Marian.Reece@usdoj.gov;
20
                         Christopher S. Strauss
21   Christopher.s.strauss@usdoj.gov,marian.reece@usdoj.gov,efile.dkt.mf@usdoj.gov; and

22                            Fe S. Garrett
                         Reg. No. 07990-298
23                       WRDF - GEO Group
                         220 West "C" Street
24                       San Diego, CA 92101

25                                         Respectfully submitted,

26

27 DATED:     August 11, 2008              /s/ Erica K. Zunkel
                                           **ERICA K. ZUNKEL**
28                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Fe S. Garrett