UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0918-L |
| Plaintiff, ) | |
| v. ) | **ORDER ALLOWING FILING OF MOTIONS IN EXCESS OF TWENTY-FIVE PAGES** |
| FE S. GARRETT, ) | |
| Defendant. ) | |

Good cause having been shown, **IT IS HEREBY ORDERED** that counsel for the above-captioned defendant may file motions in excess of twenty-five pages.

**IT IS SO ORDERED.**

DATED: August 12, 2008

_____
M. James Lorenz
United States District Court Judge