## Declaration of Special Agent Toni Haas
## pursuant to 28 U.S.C. § 1746

I, Toni Haas, declare the following:

1. I am over 18 years of age, am a resident of California, and am competent to make this declaration.

2. I am making this declaration in connection with pretrial motions in the case *United States v. Fe S. Garrett*, 08CR0918-L.

3. I am a Special Agent with the Internal Revenue Service in the San Diego, California Field Office. I have held this position since September, 1999.

4. As part of my duties, I was assigned to the case of Fe Garrett ("Garrett") of National City, California.

5. On December 10, 2003, SA Ed Reyes and I interviewed Dulce Amor Batican Wickstrom ("Wickstrom") at 2642 Broadrick Way, San Diego, California.

6. Wickstrom stated that Gregory Garrett, Sr. would photocopy the clients' tax documents, meet with clients to provide them with the completed return, collect clients' fee checks and either he or Fe Garrett would deposit the fee checks into an account at North Island

1



EXHIBIT
C

2472042.2
3505506.1

Federal Credit Union.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

_August 13, 2008_
Date

_San Diego, CA_
City, State

By:

_Toni Haas_
Toni Haas

2

2472042.2
3505506.1