| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CHRISTOPHER S. STRAUSS |
| | Special Assistant U.S. Attorney |
| 3 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0918-L |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR LEAVE OF COURT TO FILE |
| | ) | RESPONSE AND OPPOSITION IN EXCESS |
| FE S. GARRETT | ) | OF 25 PAGES PER LOCAL RULE 47.1(e) |
| Defendant. | ) | |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt and Special Assistant United States Attorney Christopher S. Strauss, and hereby moves this court for an order allowing the Government's Omnibus Response and Opposition to Defendant's Motions; with Memorandum of Points and Authorities, to exceed twenty-five pages based on the fact that Defendant filed ten motions which were consolidated in a thirty-six page memorandum.

///

1  In order to consolidate its Response and Opposition to Defendant's numerous motions, the
2  Government has responded to Defendant's motion in one pleading.

4  DATED: August 18, 2008

           /s/ Christopher S. Strauss
           Christopher S. Strauss
           Special Assistant United States Attorney
           Attorney for Plaintiff
           United States of America
           Email: Christopher.S.Strauss@usdoj.gov

28  Motion for Leave to File Memorandum
In Excess of Twenty-Five Pages                                                              08CR0918-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Christopher S. Strauss, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.

I have caused service of MOTION FOR LEAVE OF COURT TO FILE RESPONSE AND OPPOSITION IN EXCESS OF 25 PAGES PER LOCAL RULE 47.1(e) on Defendant FE S. GARRETT, pro se, by sending a copy of the motion via Federal Express on August 18, 2008 to defendant at the following address:

The Geo Group
Reg. # 0799-0298
Western Region Detention Facility
220 West C Street
San Diego, CA 92101

//

3

I have caused service of MOTION FOR LEAVE OF COURT TO FILE RESPONSE AND OPPOSITION IN EXCESS OF 25 PAGES PER LOCAL RULE 47.1(e) on Defendant's standby counsel by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Erica Kristine Zunkel                                                    Erica_zunkel@fd.org
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008.

/s/ Christopher S. Strauss
CHRISTOPHER S. STRAUSS
Special Assistant United States Attorney

4