**FILED**
AUG 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0918-L |
| Plaintiff, ) | |
| v. ) | ORDER |
| FE S. GARRETT ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that for good cause shown, the United States' Motion for Leave of Court to File Response and Opposition in Excess of 25 Pages per Local Rule 47.1(e) is GRANTED. The Clerk of Court shall accept the Government's Omnibus Response and Opposition to Defendant's Motions together with Memorandum of Points and Authorities, submitted for filing on August 18, 2008.

SO ORDERED.
DATED: 8/20/08

HONORABLE M. JAMES LORENZ
United States District Judge