```
 1  KAREN P. HEWITT
    United States Attorney
 2  ELIZABETH C. HADDEN
    California State Bar No. 212986
 3  CHRISTOPHER S. STRAUSS
    Special Assistant U.S. Attorneys
 4  United States Attorney's Office
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7845/(619) 557-7055 (Fax)
 6  Email: Elizabeth.C.Hadden@usdoj.gov

 7
    Attorneys for Plaintiff
 8  United States of America

 9
10                          UNITED STATES DISTRICT COURT
11                         SOUTHERN DISTRICT OF CALIFORNIA
12
                                          )
13                                        )
    UNITED STATES OF AMERICA,             )   Criminal Case No.  08CR0918-L
14                                        )
                  Plaintiff,              )   NOTICE OF APPEARANCE
15                                        )
             v.                           )
16                                        )
    FE S. GARRETT                         )
17                Defendant.              )
                                          )
18  _____      )
19
20  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
21
22      I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.
23      I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-
24  4.
25      The following government attorneys (who are admitted to practice in this court or authorized to
26  practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for
27  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:
28                                                                                         08CR0918-L
```

1
2
3  Name (If none, enter "None" below)
4  SAUSA Christopher S. Strauss                Christopher.S.Strauss@usdoj.gov
5  SAUSA Elizabeth C. Hadden                   Elizabeth.C.Hadden@usdoj.gov
6
   Please call me if you have any questions about this notice.
7
   DATED: August 22, 2008
8
                Respectfully submitted,
9
                KAREN P. HEWITT
10                 United States Attorney

11                 s/ Elizabeth C. Hadden
                _____
12                 ELIZABETH C. HADDEN
                Special Assistant United States Attorney
13                 Attorneys for Plaintiff
                United States of America
14                 Email: Elizabeth.C.Hadden@usdoj.gov

15
16
17
18
19
20
21
22
23
24
25
26
27
28