```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER S. STRAUSS
    ELIZABETH C. HADDEN
 3  Special Assistant U.S. Attorneys
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5
    Attorneys for Plaintiff
 6  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08CR0918-L |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS |
| FE S. GARRETT ) | Fed. R. of Evid. 803(6) and 902(11) |
| Defendant. ) | |

United States of America, by and through its counsel Karen P. Hewitt, United States Attorney, and Christopher S. Strauss and Elizabeth C. Hadden, Special Assistant United States Attorneys, hereby submits its Notice of Intent to Introduce Business Records Pursuant to Federal Rule of Evidence 902(11).

The United States provides this notice of its intent to introduce the below business records pursuant to Federal Rules of Evidence 803(6) and 902(11). Federal Rule of Evidence 902(11) requires that the United States provide written notice of such evidence the government intends to introduce at trial. The following documents are admissible records of regularly conducted activity and all are certified by a written declaration by a custodian or other qualified person certifying

1 pursuant to Federal Rule of Evidence 803(6) that the documents 1) were made at or near the time of
2 the occurence of the matters set forth by or from information transmitted by a person with
3 knowledge of those matters; 2) were kept in the course of the regularly conducted activity; and 3)
4 were made by the regularly conducted activity as a regular practice:

| Bates-Stamp Range | Business Records Description |
|---|---|
| FG-BK-BOA82-95 Pages: 00004-00228 | Bank of America, 10533-01682 (FE SIMBAJON GARRETT / GARRETT'S REALTY & MORTGAGE) <br><br> Bank of America, 01713-09955 (FE SIMBAJON GARRETT / GARRETT'S REALTY & MORTGAGE |
| FG-BK-COM466 Pages: 00001 - 00088 | Comerica Bank, 1892362466 (FE S GARRETT DBA GARRETT'S REALTY & MORTGAGE) |
| FG-BK-NICU-00-50 Pages: 0002 - 1822 | North Island Federal Credit Union, 97339550 (G M GARRETT) <br><br> North Island Federal Credit Union, , 97339500 (G M GARRETT) |

Government's Notice of Intent to Introduce
Business Records                                            2                                            08CR0918-L

| | |
|---|---|
| FG-BK-NICU52<br><br>Pages: 00002 - 00773 | North Island Federal Credit Union,<br><br>0114708052<br><br>(GARRETT'S REALTY AND MORTGAGE) |
| FG-BK-SWCB059<br><br>Pages: 00003 - 00409 | Southwest Community Bank,<br><br>51004059<br><br>(FE S GARRETT DBA GARRETT'S REALTY & MORTGAGE) |
| FG-BK-SWCB506<br><br>Pages: 00001 - 00082 | Southwest Community Bank,<br><br>50004506<br><br>(FE S GARRETT) |
| FG-BK-WAMU790<br><br>Pages: 00002 - 00039 | Washington Mutual Bank,<br><br>389-623079-0<br><br>(FE S GARRETT TRUSTEE FOR GREGORY GARRETT) |
| FG-BK-WAMU425<br><br>Pages: 00001 - 00007 | Washington Mutual Bank,<br><br>4444-007542-5<br><br>(GARRETT'S TAX & ACCTG. SERVICE / FE S GARRETT) |
| FG-BK-WAMU441<br><br>Pages: 00002 - 00035 | Washington Mutual Bank,<br><br>444-007544-1<br><br>(GARRETT'S REALTY & MORTGAGE / FE S GARRETT) |
| FG-BK-WAMU934<br><br>Pages: 00001 - 00392 | Washington Mutual Bank,<br><br>387-485493-4<br><br>(GREGORY GARRETT JR) |

| | | |
|---|---|---|
| FG-AM-2 | American Mortgage Network, Inc. | |
| Pages: 0008 - 0009 | List of Loans Originated by Garrett's Realty & Mortgage | |
| FG-SP | Sierra Pacific Mortgage | |
| Page: 0002 | Check Register for All Checks Issued to Garrett's Realty & Mortgage | |
| FG-TI | First American Title | |
| Pages: 0002 - 0006 | Disbursement Reports and Checks Issued to Garrett's Realty & Mortgage | |
| FG-TI | Commonwealth Land Title Company | |
| Pages: 0008-0010 | Escrow Ledger and Checks Issued to Garrett's Realty & Mortgage | |
| FG-TI | Laurel Hill Escrow Services, Inc. | |
| Pages: 0012 - 0013 | Checks Issued to Garrett's Realty & Mortgage | |
| FG-TI | Southland Title | |
| Pages: 0015 - 0027 | Settlement Statement, Disbursement Report, Copies of Checks Issued to Garrett's Realty & Mortgage | |
| FG-TI | West Coast Escrow | |
| Pages: 0036 - 0052 | Settlement Statements, Records of Disbursements | |

DATED: August 22, 2008

/s/ Elizabeth C. Hadden
Elizabeth C. Hadden
Special Assistant United States Attorney
Attorney for Plaintiff
United States of America
Email: Elizabeth.C.Hadden@usdoj.gov

/s/ Christopher S. Strauss
Christopher S. Strauss
Special Assistant United States Attorney
Attorney for Plaintiff
United States of America
Email: Christopher.S.Strauss@usdoj.gov

Government's Notice of Intent to Introduce
Business Records                                  4                                       08CR0918-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Elizabeth C. Hadden, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.

I have caused service of GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11) on defendant FE S. GARRETT, pro se, by sending a copy of the motion via Federal Express on August 22, 2008 to defendant at the following address:

The Geo Group
Reg. # 0799-0298
Western Region Detention Facility
220 West C Street
San Diego, CA 92101

//

Government's Notice of Intent to Introduce
Business Records                    5                    08CR0918-L

1
2   I have caused service of GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
3 BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 803(6) AND 902(11) on
4 defendant's standby counsel by electronically filing the foregoing with the Clerk of the District Court
5 using its ECF System, which electronically notifies them:

6

7 Erica Kristine Zunkel
  Erica_zunkel@fd.org
8 Federal Defenders of San Diego
  225 Broadway, Suite 900
9 San Diego, CA 92101

10   I declare under penalty of perjury that the foregoing is true and correct.
11   Executed on August 22, 2008.
12
13                                         /s/ Elizabeth C. Hadden
                                            ELIZABETH C. HADDEN
14                                          Special Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            6