## UNITED STATES V. FE S. GARRETT
## U.S.D.C. Case No. 08CR0918-L

## INDEX OF EXHIBIT 1

Certificate of Authenticity of Business Records for Bank of America . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Certificate of Authenticity of Business Records for North Island Credit Union . . . . . . . . . . . . . . . . . . . 4
Certificate of Authenticity of Business Records for Placer Sierra Bank (Southwest Community Bank).  6
 Certificate of Authenticity of Business Records for Washington Mutual Bank. . . . . . . . . . . . . . . . . . . .7
Certificate of Authenticity of Business Records for American Mortgage Partners . . . . . . . . . . . . . . . . . 9
Certificate of Authenticity of Business Records for Sierra Pacific Mortgage . . . . . . . . . . . . . . . . . . . . 10
Certificate of Authenticity of Business Records for First American Title . . . . . . . . . . . . . . . . . . . . . . . 11
Certificate of Authenticity of Business Records for Commonwealth Land Title .  . . . . . . . . . . . . . . . .12
Certificate of Authenticity of Business Records for Laurel Hill Escrow Services, Inc. . . . . . . . . . . . . .13
Certificate of Authenticity of Business Records for Southland Title. . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Certificate of Authenticity of Business Records for Westcoast Escrow Company . . . . . . . . . . . . . . . 16

**Bank of America**

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

DECLARATION OF CUSTODIAN OF RECORDS          Date:  May 15, 2007

CHARLES A. O'REILLY, AUSA
U.S. ATTORNEYS OFFICE
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893

RE: FE. S. GARRETT
Legal Order Type: Grand Jury Subpoena  Reference: 663-06APR07

Agency Case Number: 07-001-GAR/CAL-CAO Date Served: April 6, 2007

I, Francisco A.Valerio declare that I am employed by Bank of
America N.A. in the Subpoena Processing Department and the Bank's
designated duly authorized Custodian of Records for documents
and/or information produced under the referenced legal order.  The
Bank reserves its right to designate another Custodian as it deems
appropriate in the event an actual appearance is required
concerning the records produced herein.  I certify the authenticity
of the records produced herewith and that they were:

A)    Made at or near the time of the occurrence, condition or event
      of the matters set forth by, or from information transmitted by,
      a person with knowledge of those matters.

B)    Kept in the course of regularly conducted activity.

C)    Made by the regularly conducted activity as a regular practice,
      by the personnel of the business.

The identity of the records produced are as follows: Statements,
Checks, Deposits.

The enclosed records are true copies of bank records in the
custodian's possession as described in the referenced legal order.
I am familiar with the mode of preparation of the enclosed records
and they are prepared as follows:

   STATEMENTS:  Each statement was prepared after the
   closing date of the account cycle as indicated on the
   statement. The statement reflects debits (from checks,
   point of sale, ATM and teller withdrawals, fees, etc.)
   and credits (deposits, etc.) to the account during the
   period covered by the statement.

**Bank of America**

05-17-1486B 7-2000

FG-BK-BOA82-95-00001

**Bank of America**

Page 2
May 15, 2007

RE: FE. S. GARRETT                    Reference: 663-06APR07

Legal Order Type: Grand Jury Subpoena  Date Served: April 6, 2007

CHECKS: The checks drawn on customers's account were presented to the Bank. While processing the item, a microfilm image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the check.

WITHDRAWALS and DEPOSITS: Withdrawals and deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the item.

MISSING ITEMS: Microfilm copies of requested transactions may be missing for the following reasons: Item is not on film; film is fogged, blank, black, damaged, destroyed or not available; item is covered by another item; transaction relates to an electronic transaction; or there are other reasons that prevent the Bank from completing a thorough search of records.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15 day of May, 2007, in the City of Los Angeles, State of California.

If you have any questions, please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

*[signature]*

Francisco A. Valerio
Operations Team Manager
758

PBAK:40
05-17-1486B 7-2000

FG-BK-BOA82-95-00002

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _Gabriel Arce_, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by _North Island Credit Union_ and that my official title
(Name of Business)

or position is _Records Specialist 1_. I further declare that I am a custodian of records
(Official Title of Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _North Island Credit Union_.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_5/8/7_
(Date of Execution)

_Gabriel Arce_
(Print Name)

_Chula Vista, CA_
(Place of Execution)

_[signature]_
(Signature)

Ref. No. 07-006-GAR/CAL-CAO

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _Gabriel Arce_, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by _North Island Credit Union_ and that my official title
(Name of Business)

or position is _Records Clerk_. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _North Island Credit Union_.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_5/8/7_          _Gabriel Arce_
(Date of Execution)     (Print Name)

_Chula Vista, CA_     _[Signature]_
(Place of Execution)     (Signature)

Ref. No. 07-003-GAR/CAL-CAO

FG-BK-NICU52-00001

    

| PLACER SIERRA BANK | SACRAMENTO COMMERCIAL BANK | BANK of ORANGE COUNTY | BANK of LODI | SOUTHWEST COMMUNITY BANK |
|---|---|---|---|---|
| *Providing Financial Services Since 1946* | *A Division of Placer Sierra Bank* | *A Division of Placer Sierra Bank* | *A Division of Placer Sierra Bank* | *A Division of Placer Sierra Bank* |

US Attorney's Office
Attn: Charles A O'Reilly, AUSA
880 Front St, Room 6293
San Diego, CA 92101-8893

Grand Jury Subpoena Ref : FE S Garrett DBA Garretts Reaty & Mortgage

Our Reference:   033-2007

## DECLARATION OF CUSTODIAN OF RECORDS

I declare as follows:

I am the duly authorized custodian of records of Placer Sierra Bank. I have the authority to certify records produced pursuant to the Grand Jury Subpoena served on Placer Sierra Bank, on or about April 5th, 2007.

The documents enclosed herewith are true and correct copies of the documents described in said Subpoena.

These documents were prepared by the personnel of Placer Sierra Bank in the ordinary course of business at or near the time of the act, condition, or event set forth in said documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and, if called as a witness, I could competently so testify.

Executed this 20th day of April, 2007, in Auburn, Placer County, California.

_____
Kathy Brown, Centralized Operations Banking Officer
Custodian of Records of Placer Sierra Bank

Washington Mutual

## DECLARATION

### In Response to Subpoena Duces Tecum

(Accompanying Production of Business Record)

I, Artin Avakyan, declare:

1. I am a duly authorized custodian of records of Washington Mutual Bank and have the authority to certify such records.

2. On April 11, 2007 Washington Mutual Bank was served with a Grand Jury Subpoena issued out of the US District Court in the action entitled Greg Garrett, identified as case number 07-007-GAR/CAL-CAO.

3. I have made, or have caused to be made, a diligent search at the offices of Washington Mutual Bank for the records described in the subpoena.

   __X__   Some of the records were not found and, therefore, the undersigned declares that Washington Mutual Bank has only those records described in said subpoena, which copies are enclosed herewith.

   _____   The accompanying copies are true copies of all the records described in the subpoena that is in my possession as a custodian of records of Washington Mutual Bank.

   _____   The accompanying copies are true copies of a portion of the records described in the subpoena that are in my possession as a custodian of records of Washington Mutual Bank.

4. These records were prepared by the personnel of Washington Mutual Bank and/or by other persons acting under the control of those personnel, in the ordinary course of business, at or near the times of the acts, conditions or events recorded herein.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, executed this 29th day of May, 2007 at Chatsworth, California.

Sincerely,

*[signature]*

Artin Avakyan
Matter Number: 431746
Account Services
Washington Mutual Bank
P.O. Box 2151
Chatsworth, CA  91313-2151

FG-BK-WAMU-790-00001

**Washington Mutual**

# DECLARATION

## In Response to Subpoena Duces Tecum

(Accompanying Production of Business Record)

I, Artin Avakyan, declare:

1. I am a duly authorized custodian of records of Washington Mutual Bank and have the authority to certify such records.

2. On April 5, 2007 Washington Mutual Bank was served with a Grand Jury Subpoena issued out of the US District Court in the action entitled Greg Garrett, identified as case number 07-005-GAR/CAL-CAO.

3. I have made, or have caused to be made, a diligent search at the offices of Washington Mutual Bank for the records described in the subpoena.

    __X__  Some of the records were not found and, therefore, the undersigned declares that Washington Mutual Bank has only those records described in said subpoena, which copies are enclosed herewith.

    _____  The accompanying copies are true copies of all the records described in the subpoena that is in my possession as a custodian of records of Washington Mutual Bank.

    _____  The accompanying copies are true copies of a portion of the records described in the subpoena that are in my possession as a custodian of records of Washington Mutual Bank.

4. These records were prepared by the personnel of Washington Mutual Bank and/or by other persons acting under the control of those personnel, in the ordinary course of business, at or near the times of the acts, conditions or events recorded herein.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, executed this 6th day of June, 2007 at Chatsworth, California.

Sincerely,

*[signature]*

Artin Avakyan
Matter Number: 431743
Account Services
Washington Mutual Bank
P.O. Box 2151
Chatsworth, CA 91313-2151

FG-BK-WAMU441-00001

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _SANDRA DRIES_____, declare, pursuant to Title 28, U.S.C. § 1746,
   (Print Name)

that I am employed by _AMERICAN MORTGAGE NETWORK_ and that my official title
      (Name of Business)

or position is _ASSISTANT VICE PRESIDENT_. I further declare that I am a custodian of records
   (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _AMERICAN MORTGAGE NETWORK_
      (Name of Business)

I further state that:

1) All of the information in this document is kept in our records, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) All of the information in this document was kept in the course of a regularly conducted business activity;

3) the business activity made this record as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_AUGUST 13, 2008_        _SANDRA DRIES_
(Date of Execution)        (Print Name)

_SAN DIEGO, CA_        _/s/ Sandra Dries_
(Place of Execution)        (Signature)

3505248.1

FG-AM-3-0001

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, **LaNell Silverstein**, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by **Sierra Pacific Mortgage** and that my official title
(Name of Business)

or position is **Regional Manager**. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of **Sierra Pacific Mortgage**.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

**8/22/08**
(Date of Execution)

**LaNell Silverstein**
(Print Name)

**9095 Rio San Diego Dr. St. 110
San Diego, Ca. 92108**
(Place of Execution)

*(Signature)*

**Ref. No. 08-078-GAR/CAL-CAO**

FG-SP-2-001

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, __Linda C. Andreoli__, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by __First American Title__ and that my official title
(Name of Business)

or position is __Claims Officer__. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of __First American Title__
(Name of Business)

I further state that:

1)   Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2)   such records were kept in the course of a regularly conducted business activity;

3)   the business activity made such records as a regular practice; and

4)   if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

__5-22-08__                           __Linda C. Andreoli__
(Date of Execution)                   (Print Name)

__San Diego__                         __Linda C. Andreoli__
(Place of Execution)                  (Signature)


**Ref. No. 08-068-GAR/CAL-CAO**

FG-TI-0001

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, __Marianne Day_____, declare, pursuant to Title 28, U.S.C. § 1746,
  (Print Name)

that I am employed by ____Commonwealth Land Title Co_____ and that my official title
                            (Name of Business)

or position is ____Escrow Officer_____. I further declare that I am a custodian of records
                 (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of __Commonwealth Land Title Co._____.
                                                        (Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.


__May 19, 2008_____          __Marianne Day_____
(Date of Execution)                  (Print Name)


__San Diego_____                 ____[signature]_____
(Place of Execution)                  (Signature)

   Escrow #04475152


**Ref. No. 08-070-GAR/CAL-CAO**

FG-TI-0007

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, __TAMMY QUINTANA__, declare, pursuant to Title 28, U.S.C. § 1746,
   (Print Name)

that I am employed by __LAUREL HILL ESCROW SERVICES, INC.__ and that my official title
                      (Name of Business)

or position is __ASSISTANT ESCROW OFFICER__. I further declare that I am a custodian of records
                (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of __GARRETTS REALTY & MORTGAGE__.
                                                    (Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

__JUNE 2, 2008__                    __TAMMY QUINTANA__
(Date of Execution)                  (Print Name)

LAUREL HILL ESCROW SERVICES, INC.    _/s/ Tammy Quintana_
_____                  _____
(Place of Execution)                  (Signature)

**Ref. No. 08-069-GAR/CAL-CAO**

FG-TI-0011

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, __April Johnson__, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by __Southland Title__ and that my official title
(Name of Business)

or position is __Escrow Manager__. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of __Southland Title__.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

__5/16/08__
(Date of Execution)

__April Johnson__
(Print Name)

__San Diego__
(Place of Execution)

_____
(Signature)

Ref. No. 08-075-GAR/CAL-CAO

FG-TI-0014

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _Janelle R. Ramirez_, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by _Southland Title Company_ and that my official title
(Name of Business)

or position is _Title Operations Manager_ further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _Southland Title Company_.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_5-16-08_
(Date of Execution)

_Janelle R. Ramirez_
(Print Name)

_San Diego_
(Place of Execution)

_(signature)_
(Signature)

Ref. No. 08-075-GAR/CAL-CAO

FG-TI-0028

## AFFIDAVIT OF CUSTODIAN OF RECORDS
## CERTIFYING BUSINESS RECORDS

My name is ____Joanna Gut-Vargas____, and I attest that I am over eighteen (18) years of age, of sound mind, and personally acquainted with the facts herein stated:

1. I am the Custodian of Records for West Coast Escrow Company and am therefore duly authorized to execute this affidavit on behalf of the Company.

2. I processed the *Garrett* Subpoena to Testify Before Grand Jury requesting documents and/or records relating to escrow number SD-207049; real property located at 29030 Wrangler Dr., Murrieta, CA.

3. The attached records Bates Labeled (WCESD0001 – WCESD0340) are true and correct duplicates of the original file of West Coast Escrow Company. The escrow file includes business records of West Coast Escrow Company, that is, records that are made in the ordinary course of its business by an employee or representative of the Company who (1) has personal knowledge of the information being entered into the business records (2) has a duty to commit the information into the record and (3) makes such entries at or near the time of the event they purport to record. West Coast Escrow Company's files also include documents that are provided to the Company by others, including, but not limited to, lenders, real estate sellers and purchasers, appraisers, mortgage brokers, and others who customarily provide documentation related to real estate transactions. Such documents, even if they are not created by West Coast Escrow Company, are kept and maintained in the ordinary course of business by the Company and are used by the Company employees to prepare documents in connection with the real estate transactions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on the date set forth below at Mission Viejo, California.

Dated: May 27, 2008

*[signature]*
Name (printed): Joanna Gut-Vargas
Custodian of Records, West Coast Escrow Company

FG-TI-0035