```
 1  KAREN P. HEWITT
    United States Attorney
 2  ELIZABETH C. HADDEN
    CHRISTOPHER S. STRAUSS
 3  Special Assistant U.S. Attorneys
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7845/(619) 557-7055 (Fax)
    Email: Elizabeth.C.Hadden@usdoj.gov
 6
 7  Attorneys for Plaintiff
    United States of America
 8
 9
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,     | ) | Criminal Case No. 08CR0918-L |
|-------------------------------|---|------------------------------|
|            Plaintiff,         | ) | CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE |
|            v.                 | ) | |
| FE S. GARRETT                 | ) | |
|            Defendant.         | ) | |

IT IS HEREBY CERTIFIED THAT:

     I, Elizabeth C. Hadden, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action.

08CR0918-L

1  I have caused service of NOTICE OF APPEARANCE on defendant FE S. GARRETT, pro se, by
2  sending a copy of the notice via Federal Express on August 22, 2008 to defendant at the following address:

3  The Geo Group
   Reg. # 0799-0298
4  Western Region Detention Facility
   220 West C Street
5  San Diego, CA 92101

6

7  I have caused service of NOTICE OF APPEARANCE on defendant's standby counsel by
8  electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically
9  notifies them:

10

11 Erica Kristine Zunkel
   Erica_zunkel@fd.org
12 Federal Defenders of San Diego
   225 Broadway, Suite 900
13 San Diego, CA 92101

14  I declare under penalty of perjury that the foregoing is true and correct.

15  Executed on August 22, 2008.

16

17                                    /s/ Elizabeth C. Hadden
                                      ELIZABETH C. HADDEN
18                                    Special Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28                                                                                              08CR0918-L