1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Standby Counsel for Fe S. Garrett

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| 12           Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 FE S. GARRETT, | ) | |
| 15           Defendant. | ) | |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Charles Anthony O'Reilly
          Charles.A.OReilly@usdoj.gov,efile.dkt.mf@usdoj.gov,Marian.Reece@usdoj.gov;

20
21                          Elizabeth Haddon
                          Elizabeth.C.Hadden@usdoj.gov;

22                          Christopher S. Strauss
          Christopher.S.Strauss@usdoj.gov,marian.reece@usdoj.gov,efile.dkt.mf@usdoj.gov; and

23
24                          Fe S. Garrett
                          Reg. No. 07990-298
                          WRDF - GEO Group
25                          220 West "C" Street
                          San Diego, CA 92101

26
                                    Respectfully submitted,
27

28 DATED:      August 25, 2008           /s/ Erica K. Zunkel
                                    **ERICA K. ZUNKEL**
                                    Federal Defenders of San Diego, Inc.
                                    Standby Counsel for Fe S. Garrett