1  **FE S. GARRETT**
   **PRO SE**
2  Reg. No. 07990-298
   The Geo Group
3  220 West C. Street
   San Diego, CA 92101
4

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) Case No.   08CR0918-L |
|---|---|
| Plaintiff, | ) DATE:   September 2, 2008 |
| v. | ) TIME:   10:00 a.m. |
| **FE S. GARRETT**, | ) NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE* TO: |
| Defendant. | ) (1) PRECLUDE 404(b) EVIDENCE; |
|  | ) (2) ALLOW THE DEFENDANT TO VOIR DIRE THE JURY; AND |
|  | ) (3) PRECLUDE ANY STATEMENTS MADE BY THE DEFENDANT'S HUSBAND, GREGORY GARRETT SR. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
     CHRISTOPHER S. STRAUSS, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on September 2, 2008 at 2:00 p.m., Fe S. Garrett, appearing pro se, will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

The defendant, Fe S. Garrett, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Prelude 404(b) evidence;

2) Allow the defendant to voir dire the jury; and

3) Preclude any statements made by Gregory Garrett, Sr.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:   August 25, 2008

*/s/ Fe S. Garrett*
FE S. GARRETT
Pro Se