1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Standby Counsel for Fe S. Garrett

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE M. JAMES LORENZ)**

11 | UNITED STATES OF AMERICA, | ) Case No. 08CR0918-L
   |                           | )
12 |         Plaintiff,        | )
   |                           | )
13 | v.                        | ) **CERTIFICATE OF SERVICE**
   |                           | )
14 | FE S. GARRETT,            | )
   |                           | )
15 |         Defendant.        | )
   |_____| )

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      Charles Anthony O'Reilly
        Charles.A.OReilly@usdoj.gov,efile.dkt.mf@usdoj.gov,Marian.Reece@usdoj.gov;
20
                          Elizabeth Haddon
21                  Elizabeth.C.Hadden@usdoj.gov;

22                      Christopher S. Strauss
        Christopher.S.Strauss@usdoj.gov,marian.reece@usdoj.gov,efile.dkt.mf@usdoj.gov; and
23
                            Fe S. Garrett
24                      Reg. No. 07990-298
                         WRDF - GEO Group
25                      220 West "C" Street
                         San Diego, CA 92101
26
                                          Respectfully submitted,
27

28 DATED:       August 25, 2008           /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
                                          Federal Defenders of San Diego, Inc.
                                          Standby Counsel for Fe S. Garrett