UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                 )<br>             Plaintiff,                                   )<br>                                                                 )<br>v.                                                             )<br>                                                                 )<br>FE S. GARRETT,                                      )<br>                                                                 )<br>             Defendant.                              )<br>                                                                 )<br>_____ ) | Case No. 08CR0918-L<br><br>ORDER PERMITTING DEFENDANT TO RECEIVE AT WRDF/THE GEO GROUP DIRECTLY FROM REPRESENTATIVES OF FEDERAL DEFENDERS OF SAN DIEGO, INC. BOOKS, LEGAL DOCUMENTS, PLEADINGS, CASES, AND OTHER MATERIALS RELEVANT TO PREPARING FOR TRIAL |

The Court being fully advised and good cause appearing therefor,

**THE COURT HEREBY ORDERS** that defendant, Fe S. Garrett, be permitted to receive directly from representatives of Federal Defenders of San Diego, Inc. at the GEO Group books, legal documents, pleadings, case law, motions, periodicals, and other materials relevant to preparing for her trial.

**IT IS SO ORDERED.**

DATED:  August 26, 2008

_____
M. James Lorenz
United States District Court Judge

1