**FE S. GARRETT**
**PRO SE**
Reg. No. 07990-298
The Geo Group
220 West C. Street
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| Plaintiff, | ) | |
| | ) | REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |
| v. | ) | |
| **FE S. GARRETT**, | ) | |
| Defendant. | ) | |

**I.**

**THE COURT SHOULD DISMISS THE INDICTMENT
DUE TO THE UNDUE DELAY IN FILING THE CHARGES**

The defendant submits the following reply to the government's response regarding dismissing the charges due to the long delay in filing them. In its reply, the government argues that the defendant suffered no prejudice. However, the defendant was prejudiced in a myriad of ways.

**A.    Death of Star Witness.**

The defendant's star witness, Dominga Harlow, died on May 19, 2008 of lung cancer. She has been my good friend for 35 years. She worked in my office as my office assistant each year for the past six years from February 1 to April 16. Her office was next to mine with an open door and usually she worked in the office hallway because that is where the boxes of client folders were located. She heard all conversations in English and Filipino. Dominga Harlow was in charge of

each client's file. Any information, either verbal or written statement by the clients, was put in the file by her. Ms. Harlow interacted with the clients and compiled additional documentation. She heard what the conversations were about. Thus, the defendant has been prejudiced by not being able to call Ms. Harlow as a witness to rebut the government's claims and arguments.

**B.    Prejudice to the Public.**

In the criminal justice system, the accused is presumed innocent unless and until proven guilty in the court of law beyond a reasonable doubt. Therefore, after the government searched my offices, I believed I could resume my business while waiting for the government to finish its administrative investigation. The government was aware that I was still preparing tax returns because the investigation was on-going. According to Special Agent Bradley's affidavit to the application for a search warrant, he began reading and analyzing tax returns prepared by me after he received the informant report. That was March 2002. The government did not file an injunction or temporary restraining order when it could have done so.

The government finished its administrative investigation in 2005 and still did not file any charges, including a civil injunction. Thus, my clients kept coming to me because the public believed it was just a false alarm. This went on for three more years after the recommendation for prosecution was issued and transmitted to the Tax Division in Washington, D.C. in 2005. This arrest made many people full of anger and anxieties because the government did not protect them from a supposed criminal act. Here, the government did not fulfill its responsibilities to protect the public and this failure prejudiced the public.

**II.**

**CONCLUSION**

For all of these reasons and the reasons set forth in my motions, I respectfully request that this Court grant my motions.

/ / /

/ / /

/ / /

2

1

2  DATED:     August 28, 2008

Respectfully submitted,

*Fe S. Garrett*
**FE S. GARRETT**
Pro Se

**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Standby Counsel for Fe S. Garrett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0918-L |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| FE S. GARRETT, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Charles Anthony O'Reilly
Charles.A.OReilly@usdoj.gov,efile.dkt.mf@usdoj.gov,Marian.Reece@usdoj.gov;

Elizabeth C. Hadden
elizabeth.c.hadden@usdoj.gov,efile.dkt.mf@usdoj.gov;

Christopher S. Strauss
Christopher.S.Strauss@usdoj.gov,marian.reece@usdoj.gov,efile.dkt.mf@usdoj.gov; and

Fe S. Garrett
Reg. No. 07990-298
WRDF - GEO Group
220 West "C" Street
San Diego, CA 92101

Respectfully submitted,

DATED:    August 28, 2008    /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Standby Counsel for Fe S. Garrett