UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FE S. GARRETT, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 08CR0918-L <br><br> ORDER TO MOVE DEFENDANT FROM WRDF/THE GEO GROUP TO THE METROPOLITAN CORRECTIONAL CENTER |

The Court being fully advised and good cause appearing therefor,

**THE COURT HEREBY ORDERS** that the United States Marshals Service ("USMS") move defendant, Fe S. Garrett, from WRDF/The Geo Group ("GEO") to the Metropolitan Correctional Center ("MCC").

**IT IS SO ORDERED.**

DATED: September 12, 2008

_____
M. James Lorenz
United States District Court Judge

cc:        Cathy Carson, USMS

1